UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



MICHAEL MOORE, LISE Y. MOORE,
SABRIA MOORE, and JALIA GRAHAM,

          Plaintiffs,

v.

MICHAEL KELLER, PAUL DAUGHERTY,
MICHAEL JORGENSEN, JOSEPH NAPPO,
STEPHEN MAUSER, AND JULIE SUNSER,

          Defendants.

**STIPULATION OF DISMISSAL**
Index No.: 5:16-cv-1230
(DNH/TWD)

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for MICHAEL MOORE, LISE Y. MOORE, SABRIA MOORE and JALIA GRAHAM ("Plaintiffs") and for MICHAEL KELLER, PAUL DAUGHERTY, MICHAEL JORGENSEN, JOSEPH NAPPO, STEPHEN MAUSER and JULIE SUNSER ("Defendants") that, no party hereto is an infant or incompetent for whom a committee has been appointed, or a conservatee, and there being no person not a party who has an interest in the subject matter of the action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1.) All of the Plaintiffs' claims against Defendant STEPHEN MAUSER only, in the above-entitled civil action are hereby dismissed, with prejudice, and without costs to any party as against the other.

2.) This Stipulation of Dismissal may be signed in counterparts with signatures by facsimile or electronic mail considered as originals.

25577241.v1

Dated: 2·24·20

_____
Sidney P. Cominsky, Esq.,
Law Office of Sidney P. Cominsky
*Attorney for Plaintiffs*
109 S. Warren Street
Syracuse, New York 13202

Dated: 2/24/20

_____
Shannon T. O'Connor, Esq.,
Goldberg Segalla LLP
*Attorneys for Defendant Stephen Mauser*
5786 Widewaters Parkway
Syracuse, New York 13214-1840

Dated: 2/18/2020

_____
Aimee M. Cowan, Esq.
Assistant Attorney General
NYS Office of the Attorney General
Syracuse Regional Office
*Attorneys for Defendants Michael Keller,
Paul Daugherty, Michael Jorgensen,
Joseph Nappo and Julie Sunser*
One Park Place
300 South State Street, Suite 300
Syracuse, New York 13202
Phone: (315) 448-4800

IT IS SO ORDERED:

_____
Hon. David N. Hurd
United States District Court Judge
Northern District of New York

Dated: 02/26/2020